UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>ANDREW STEPHAN GRIMNES,<br><br>                    Defendant. | Case No. CR16-151RSL<br><br>ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the motion filed by the Defendant requesting a continuance of the trial date.

In light of the circumstances that are presented in the Defendant's motion, THE COURT finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). THE COURT also finds that the failure to grant a continuance of the trial date would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i). THE COURT also finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial.

ORDER CONTINUING
TRIAL DATE AND PRETRIAL MOTIONS
DEADLINE- 1
CR16-151RSL

LAW OFFICE OF ROBERT FLENNAUGH II, PLLC
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 447-7422
Fax: (206) 447-7534

The Court finds that the period of time from the date of this Order until the new trial date of November 28, 2016, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that the trial date in this matter is continued to November 28, 2016, and that pretrial motions shall be filed no later than October 24, 2016.

DONE this 24th day of June, 2016.

*[signature]*

ROBERT LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Robert Flennaugh II*
Robert Flennaugh II
Counsel for Andrew Grimnes

ORDER CONTINUING
TRIAL DATE AND PRETRIAL MOTIONS
DEADLINE- 2
CR16-151RSL

LAW OFFICE OF ROBERT FLENNAUGH II, PLLC
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 447-7422
Fax: (206) 447-7534