UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW STEPHAN GRIMNES,<br><br>Defendant. | Case No. CR16-151RSL<br><br>ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the joint motion filed by the defendant and the government requesting a continuance of the trial date.  Dkt. # 27.

Having considered the circumstances that are presented in the defendant's motion, which the Court incorporates by reference, and in light of the defendant's speedy trial waiver, Dkt. # 30, the Court finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court also finds that the failure to grant a continuance of the trial date would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i).  The Court also finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

ORDER CONTINUING
TRIAL DATE AND PRETRIAL MOTIONS
DEADLINE- 1
CR16-151RSL

1  Accordingly, THE COURT ORDERS that the trial date is continued from
2  November 28, 2016, to March 6, 2017.  IT IS FURTHER ORDERED that the period of
3  time from the date of this order until the new trial date of March 6, 2017, shall be
4  excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).
5  FURTHERMORE, IT IS ORDERED that pretrial motions are due no later than
6  February 6, 2017.

DONE this 10th day of November, 2016.

*[signature: MRT S Lasnik]*

Robert S. Lasnik
United States District Judge

ORDER CONTINUING
TRIAL DATE AND PRETRIAL MOTIONS
DEADLINE- 2
CR16-151RSL