UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW GRIMNES, <br><br> Defendants. | No. CR16-151 RSL <br><br> ~~(PROPOSED)~~ <br> ORDER TO SEAL |

The court, having considered the defense motion to seal Defendant's Letters of Mental Health Progress and good cause having been shown, hereby orders that said pleading shall be sealed.

DATED this 23rd day of May, 2017

*/s/ Robert S. Lasnik*
The Honorable Robert Lasnik
UNITED STATES DISTRICT COURT JUDGE

~~PROPOSED~~ ORDER TO SEAL- 1
Case No. CR 16-151RSL

LAW OFFICE OF ROBERT FLENNAUGH II, PLLC
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 447-7422